IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08 B 33409 |
| | ) | |
| MGP Auburn Greshem II, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

### ORDER REGARDING NOTICES

This matter having come on upon the Routine Motion To Receive Notices, the Court being advised, it is hereby ordered:

All notices should be sent to:

> Puritan Finance Corporation
> c/o Fred R. Harbecke
> 29 S. LaSalle, Suite 945
> Chicago, IL 60603

All notices to Puritan Finance Corporation, as a creditor:

> Puritan Finance Corporation
> Lawrence M. Friedman
> 55 W. Monroe, Suite 3590
> Chicago, IL 60603
> (312)372-8833

ENTERED:

_Bruce W. Black Jr._ (signature)

Honorable ~~Carol A. Doyle~~
United States Bankruptcy Judge

3-4-2009

Fred R. Harbecke
29 S. LaSalle, Suite 945
Chicago, IL 60603
(312)443-9505

1