UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MGP AUBURN GRESHAM II, LLC, | ) | Bankruptcy No. 08-33409 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| _____/ | | |

## NOTICE OF MOTION

TO:  Gregory Perkins &          William T. Neary, U.S. Trustee's Office
     Laura Perkins             via electronic notification
     13723 Legend Trail
     Orland Park, IL 60462     Forrest Ingram, Esq.
     via mail                  via electronic notification

     Robert B. Katz
     via electronic notification

        PLEASE TAKE NOTICE that on the 29th day of October, 2009, at 9:30 a.m., I shall
appear before the Honorable Judge Bruce W. Black in Room 615, Dirksen Federal Building, 219
S Dearborn, Chicago, Illinois, and I shall then and there present the attached Motion For Relief
from Stay, a true and accurate copy of which is attached hereto.


                              Respectfully submitted,


                               _/s/ Steven A. Wade_____
                                Steven A. Wade

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing has, this 21st day of October, 2009, been served
on the above-referenced parties and attorneys either by electronic notification or United States mail, first class
postage prepaid, as noted above.


                               __/s/ Steven A. Wade_____
                                Steven A. Wade
                                Attorney for Alexandria Alexander

Steven A. Wade
Anesi, Ozmon, Rodin, Novak & Kohen, Ltd.
161 N. Clark St., 21st Floor
Chicago, IL 60601
312-372-3822

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  )
                                        )
MGP AUBURN GRESHAM II, LLC,             )   Bankruptcy No. 08-33409
                                        )
        Debtor.                         )   Judge Bruce W. Black
_____/

## MOTION FOR RELIEF FROM STAY

COMES NOW Alexandria Alexander, by counsel, and files her Motion for Relief from Stay and, in support thereof, states as follows:

1. On December 5, 2008, the Debtor herein filed a petition for relief under Chapter 11 of the Bankruptcy Code.  On the Motion of the U.S. Trustee, this matter was converted to a Chapter 7 case on March 19, 2009.

2. Movant has a claim against Debtor, among others, for injuries suffered by her daughter Khalese Alexander in 2006 and/or 2007.

3. A lawsuit has been filed concerning those alleged injuries in the Circuit Court of Cook County, Illinois:  Alexandria Alexander v. MGP Auburn Gresham II, LLC, et al., 2007 L 010186.

4. That lawsuit has been stayed by this proceeding.

5. On information and belief, Debtor is insured by American Family Insurance; movant has been unable to determine the policy number and coverage limit on that policy.

6. Movant seeks to proceed with that litigation against the insurer of Debtor up to the policy limits of Debtor's policy concerning Debtor's alleged liability.

7. This Motion is not intended to affect in any way any potential liability, settlement or judgment against the other Defendants in that lawsuit.

8. Movant requests that Federal Bankruptcy Rule 4001(a)(3) not apply to any order granting this Motion.

WHEREFORE, Debtor prays that this Court issue an order lifting the automatic and permanent stays concerning the above lawsuit and allowing Movant to proceed with that lawsuit

against the insurance policy of Debtor up to the policy limits; waive the provisions of Federal

Bankruptcy Rule 4001(a)(3); and for all other relief just and proper in the premises.

Respectfully submitted,


 /s/ Steven A. Wade_____
Steven A. Wade


Steven A. Wade
Anesi, Ozmon, Rodin, Novak & Kohen, Ltd.
161 N. Clark St., 21st Floor
Chicago, IL 60601
312-372-3822